IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL NO: 5:12-CV-276-KKC

**EMILY LESTER,** *Plaintiff*

vs.                **NOTICE OF SETTLEMENT**

**COMMERCIAL RECOVERY**                *Defendant*
**SYSTEMS, INC. AND DOES 1-10, INCLUSIVE**

\* \* \* \* \* \* \*

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, EMILY LESTER and Defendant, COMMERCIAL RECOVERY SYSTEMS, INC., AND DOES 1-10, INCLUSIVE, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, EMILY LESTER, against Defendant, COMMERCIAL RECOVERY SYSTEMS, INC., AND DOES 1-10, INCLUSIVE, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: December 19, 2012

Respectfully Submitted,

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Kentucky Bar No. 93993
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on December 19, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

s/ Shireen Hormozdi
Shireen Hormozdi, Esq.
Attorney for Plaintiff
