**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CIVIL NO: 5:12-CV-276-KKC**

**EMILY LESTER,**                                                                                         *Plaintiff*

vs.                             **NOTICE OF VOLUNTARY DISMISSAL**

**COMMERCIAL RECOVERY**                                                                   *Defendant*
**SYSTEMS, INC. AND DOES 1-10, INCLUSIVE**

\* \* \* \* \* \* \*

EMILY LESTER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, COMMERCIAL RECOVERY SYSTEMS, INC. AND DOES 1-10, INCLUSIVE (Defendant), in this case.

Dated: February 18, 2013

                                                Respectfully Submitted,

                                                By: /s/ Shireen Hormozdi
                                                Shireen Hormozdi
                                                Kentucky Bar No. 93993
                                                Krohn & Moss, Ltd
                                                10474 Santa Monica Blvd. Suite 401
                                                Los Angeles, CA 90025
                                                Tel: (323) 988-2400 x 267
                                                Fax: (866) 861-1390
                                                Email: shormozdi@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that on February 18, 2013, I served all counsel of record with a copy of this document by way of the CM/ECF system.

s/ Shireen Hormozdi
Shireen Hormozdi, Esq.
Attorney for Plaintiff